AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         CALIFORNIA

**APPEARANCE**

Case Number: 07mj2616-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JONATHAN BARRAGAN-TAPIA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/13/2007 | /s/ KASHA K. POLLREISZ |
| Date | Signature |
| | Kasha K. Pollreisz-Federal Defenders of SD        204148 |
| | Print Name                                          Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City              State              Zip Code |
| | (619) 234-8467              (619) 687-2666 |
| | Phone Number                                  Fax Number |